IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS                              NO. 4:04CR00263-01 GH

NILAM BHIKHUBHAI PATEL

## **ORDER**

Inasmuch as objections to the presentence report are not due until September 12, 2005, sentencing for the above styled case is continued on the court's calendar to September 22, 2005 at 11:00 a.m.

IT IS SO ORDERED this 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE